Dismissed and Memorandum Opinion filed June 26, 2003









Dismissed and Memorandum Opinion filed June 26, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00241-CV

____________

 

411 NORTH SAM HOUSTON
PARKWAY, LTD.

and
411 NSHP, L.C., Appellants/Cross-Appellees

 

V.

 

AMERICAN RICE, INC., Appellee/Cross-Appellant

 



 

On Appeal from the 125th District Court

Harris
County, Texas

Trial Court Cause No. 00-42622

 



 

M
E M O R A N D U M   O P I N I O N

In this appeal from a judgment signed January 28, 2003, appellee, American Rice, Inc., also filed a notice of
appeal.  On March 20, 2003, this Court
ordered the parties to mediation.  On
June 19, 2003, the parties filed a joint motion to dismiss both appeals in
order to effectuate a compromise and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeals are ordered dismissed.








PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 26, 2003.

Panel consists of Chief Justice
Brister and Justices Fowler and Edelman.